1  **SEDGWICK, DETERT, MORAN & ARNOLD LLP**
   BRUCE D. CELEBREZZE  Bar No. 102181
2  bruce.celebrezze@sdma.com
   MATTHEW C. LOVELL  Bar No. 189728
3  matthew.lovell@sdma.com
   One Market Plaza
4  Steuart Tower, 8th Floor
   San Francisco, California 94105
5  Telephone:     (415) 781-7900
   Facsimile:      (415) 781-2635
6
   Attorneys for Defendant Travelers Property
7  Casualty Company Of America

8
   **GAUNTLETT & ASSOCIATES**
9  David A. Gauntlett (SBN 96399)
   James A. Lowe (SBN 214383)
10 Andrew M. Sussman (SBN 112418)
   18400 Von Karman, Suite 300
11 Irvine, California 92612
   Telephone: (949) 553-1010
12 Facsimile: (949) 553-2050
   info@gauntlettlaw.com
13 jal@gauntlettlaw.com
   ams@gauntlettlaw.com
14
   Attorneys for Plaintiff Michael Taylor Designs, Inc.
15

16                    UNITED STATES DISTRICT COURT

17                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| 19  MICHAEL TAYLOR DESIGNS, INC., a California corporation, | CASE NO. C10-02432-RS |
| 20      Plaintiff, | **STIPULATED REQUEST FOR AN ORDER SETTING BRIEFING AND HEARING SCHEDULES FOR CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT** |
| 21 | |
| 22      v. | |
| 23 TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation, | Former Hearing Date: August 5, 2010
New Hearing Date:    September 9, 2010
Time:                         1:30 p.m. |
| 24 | |
| 25      Defendant. | Judge:                       Hon. Richard Seeborg
Court:                       Courtroom 3, 17th Floor |

26

27        PLEASE TAKE NOTICE THAT counsel for defendant Travelers Property Casualty

28 Company of America ("Travelers") and plaintiff Michael Taylor Designs, Inc. ("MTD") agree and

SF/1709343v1                                          -1-                            CASE NO. C10-02432-RS
        Stipulated Request for an Order Setting Briefing/Hearing Schedules re Cross-Motions for Partial Summary
                                                    Judgment

1  stipulate as follows:

2      1.    WHEREAS, MTD filed this action on June 2, 2010,

3      2.    WHEREAS, on June 9, 2010, this matter was reassigned to Hon. Richard Seeborg
4  for all further proceedings, and is set for an initial case management conference on October 7,
5  2010,

6      3.    WHEREAS, on June 14, 2010, MTD filed its motion for partial summary judgment
7  and set it for hearing on August 5, 2010,

8      4.    WHEREAS, Travelers filed its answer to MTD's complaint on June 30, 2010,

9      5.    WHEREAS, Travelers has not filed its opposition to MTD's motion, but has advised
10 MTD that Travelers will file an opposition to MTD's motion for partial summary judgment, and,
11 concurrently, a cross-motion for partial summary judgment, that will address the same issues raised
12 in MTD's motion, i.e., whether or not Travelers breached any duty to defend MTD in certain
13 underlying litigation,

14     6.    WHEREAS, the parties agree that the cross-motions should be considered together
15 by the Court after a single hearing, and

16     7.    WHEREAS, the parties have agreed on a briefing and hearing schedule that would
17 provide for a hearing date of Thursday, September 9, 2010 for MTD's motion and Travelers' cross-
18 motion,

19     NOW, THEREFORE, THE PARTIES STIPULATE, AND REQUEST THE COURT TO
20 ORDER, AS FOLLOWS:

21     1.    The August 5, 2010 hearing date for MTD's motion shall be vacated,

22     2.    The hearing date for the parties' motion and cross-motion for partial summary
23 judgment shall be Thursday, September 9, 2010,

24     3.    Travelers shall file its combined opposition to MTD's motion/Travelers' cross-
25 motion on Thursday, August 5, 2010 (35 days before the hearing date),

26     4.    MTD shall file its opposition to Travelers' motion/MTD's reply in support of
27 MTD's motion on Thursday, August 19, 2010 (21 days before the hearing date), and

28 / / /


5.      Travelers shall file its reply in support of its cross-motion on Thursday, August 26 (14 days before the hearing date).

IT IS SO STIPULATED

DATED: July 14, 2010                 SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:        */s/ Matthew C. Lovell*
           Bruce D. Celebrezze
           Matthew C. Lovell
           Attorneys for Defendant Travelers Property
           Casualty Company of America

DATED: July 14, 2010                 GAUNTLETT & ASSOCIATES

By:        */s/ James A. Lowe*
           David A. Gauntlett
           James A. Lowe
           Andrew M. Sussman
           Attorneys for Plaintiff Michael Taylor Designs, Inc.

## ATTESTATION OF FILING

Pursuant to General Order 45.X.B, I attest that I have obtained concurrence in the filing of this document from the parties listed above.

/s/ *Matthew C. Lovell*
Matthew C. Lovell

**IT IS SO ORDERED**:

_____
**RICHARD SEEBORG**
**UNITED STATES DISTRICT JUDGE**

DATED: 7/14/10