*E-Filed 9/28/10*

1    **SEDGWICK, DETERT, MORAN & ARNOLD LLP**
     BRUCE D. CELEBREZZE  Bar No. 102181
2    bruce.celebrezze@sdma.com
     MATTHEW C. LOVELL  Bar No. 189728
3    matthew.lovell@sdma.com
     One Market Plaza
4    Steuart Tower, 8th Floor
     San Francisco, California 94105
5    Telephone:    (415) 781-7900
     Facsimile:    (415) 781-2635
6
     Attorneys for defendant Travelers Property
7    Casualty Company of America

8    **GAUNTLETT & ASSOCIATES**
9    David A. Gauntlett (SBN 96399)
     James A. Lowe (SBN 214383)
10   Andrew M. Sussman (SBN 112418)
     18400 Von Karman, Suite 300
11   Irvine, California 92612
     Telephone: (949) 553-1010
12   Facsimile: (949) 553-2050
     info@gauntlettlaw.com
13   jal@gauntlettlaw.com
     ams@gauntlettlaw.com
14
     Attorneys for plaintiff Michael Taylor Designs, Inc.
15

16            UNITED STATES DISTRICT COURT

17        FOR THE NORTHERN DISTRICT OF CALIFORNIA

18

19   MICHAEL TAYLOR DESIGNS, INC., a        CASE NO. C10-02432-RS
     California corporation,
20                                          **STIPULATED REQUEST FOR AN**
                  Plaintiff,                **ORDER TO VACATE INITIAL CASE**
21                                          **MANAGEMENT CONFERENCE**

22          v.                              Conference Date:    October 7, 2010
                                            Time:               10:00 a.m.
23   TRAVELERS PROPERTY CASUALTY            Judge:              Hon. Richard Seeborg
     COMPANY OF AMERICA, a Connecticut      Court:              Courtroom 3, 17th Floor
24   corporation,
                  Defendant.
25

26

27          PLEASE TAKE NOTICE THAT counsel for defendant Travelers Property Casualty

28   Company of America ("Travelers") and plaintiff Michael Taylor Designs, Inc. ("MTD") agree and

stipulate as follows, and request that the Court enter an order approving said stipulation, which would vacate the case management conference currently set for October 7, 2010.

1.     WHEREAS, MTD filed this insurance coverage action on June 2, 2010,

2.     WHEREAS, on June 9, 2010, this matter was reassigned to this department for all further proceedings, and is set for an initial case management conference on October 7, 2010,

3.     WHEREAS, MTD and Travelers each filed motions for summary judgment regarding the issue of whether or not Travelers owed a duty to defend MTD in conjunction with certain underlying litigation;

4.     WHEREAS, the Court heard argument on the parties' cross-motions on September 9, 2010, and took the motions under submission;

5.     WHEREAS, the parties agree that if the Court grants Travelers' motion and denies MTD's motion, the case will terminate and a Case Management Conference and all related party conferences will not be necessary;

6.     WHEREAS, the parties also believe that a meaningful Case Management Conference cannot occur until the scope of the issues remaining to be decided thereafter, if any, is ascertained;

7.     WHEREAS, in the interest of saving time, money, and the Court's resources, the parties request that the October 7, 2010 case management conference and all related deadlines be vacated, and, to the extent necessary, any such deadlines be re-set in conjunction with a new case management conference to be set by the Court following the issuance of the ruling on the duty to defend issue;

NOW, THEREFORE, THE PARTIES STIPULATE, AND REQUEST THE COURT TO ORDER, AS FOLLOWS:

1.     The October 7, 2010 case management conference is vacated, and

2.     All ancillary deadlines associated with the October 7, 2010 case management conference (including but not limited to any obligations under Federal Rule of Civil Procedure 26) be vacated pending further order of the Court after it has ruled on the pending motions.

\\\

1        IT IS SO STIPULATED

2    DATED: September 28, 2010        SEDGWICK, DETERT, MORAN & ARNOLD LLP

3

4                            By: _____*/s/ Matthew C. Lovell*_____

5                                  Bruce D. Celebrezze
                                   Matthew C. Lovell

6                                  Attorneys for defendant Travelers Property
                                   Casualty Company of America

7

8    DATED: September 28, 2010        GAUNTLETT & ASSOCIATES

9

10                           By: _____*/s/ Andrew M. Sussman*_____
                                   David A. Gauntlett

11                                 James A. Lowe
                                   Andrew M. Sussman

12                                 Attorneys for plaintiff Michael Taylor Designs, Inc.

13

14                     **ATTESTATION OF FILING**

15       Pursuant to General Order 45.X.B, I attest that I have obtained concurrence in the filing of

16   this document from the parties listed above.

17                             /s/ *Matthew C. Lovell*
                               Matthew C. Lovell

18

19                               **ORDER**

20       Pursuant to the Stipulation set forth above, and good cause appearing, **IT IS SO**

21   **ORDERED**.  The Case Management Conference previously set for October 7, 2010 at 10:00

22   a.m. in this department, and all related ancillary deadlines, are vacated.  A new Case

23   Management Conference date and related deadlines may be ordered as necessary after the Court

24   has ruled on MTD's and Travelers' pending summary judgment motions.

25

26   _____

27   **RICHARD SEEBORG**
     **UNITED STATES DISTRICT JUDGE**

28   DATED: ____9/28/10_____