*E-Filed 3/18/11*

1  **SEDGWICK, DETERT, MORAN & ARNOLD LLP**
   BRUCE D. CELEBREZZE  Bar No. 102181
2  bruce.celebrezze@sdma.com
   MATTHEW C. LOVELL  Bar No. 189728
3  matthew.lovell@sdma.com
   One Market Plaza
4  Steuart Tower, 8th Floor
   San Francisco, California 94105
5  Telephone:     (415) 781-7900
   Facsimile:     (415) 781-2635
6
   Attorneys for Defendant Travelers Property
7  Casualty Company Of America

8
   **GAUNTLETT & ASSOCIATES**
9  David A. Gauntlett (SBN 96399)
   James A. Lowe (SBN 214383)
10 Andrew M. Sussman (SBN 112418)
   18400 Von Karman, Suite 300
11 Irvine, California 92612
   Telephone: (949) 553-1010
12 Facsimile: (949) 553-2050
   info@gauntlettlaw.com
13 jal@gauntlettlaw.com
   ams@gauntlettlaw.com
14
   Attorneys for Plaintiff Michael Taylor Designs, Inc.
15

16                  UNITED STATES DISTRICT COURT

17              FOR THE NORTHERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| MICHAEL TAYLOR DESIGNS, INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>        Defendant. | CASE NO. C10-02432-RS<br><br>**STIPULATED REQUEST TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE QUANTIFICATION OF DAMAGES**<br><br>Former Hearing Date:            April 7, 2011<br>Requested New Hearing Date: April 14, 2011<br>Time:                                     1:30 p.m.<br>Judge:                       Hon. Richard Seeborg<br>Court:                  Courtroom 3, 17th Floor |

26      PLEASE TAKE NOTICE THAT counsel for defendant Travelers Property Casualty

27 Company of America ("Travelers") and plaintiff Michael Taylor Designs, Inc. ("MTD")

28 (collectively, "the Parties") agree and stipulate as follows:

1.     WHEREAS, MTD filed a Motion for Partial Summary Judgment Re: Quantification of Damages ("the Motion") on January 28, 2011 (ECF Nos. 39-42);

2.     WHEREAS, on February 7, 2011, this Court issued an Order that: "continued the hearing on the Motion to April 7, 2011, with the deadline for any opposition extended accordingly[,]" and directed the parties to meet and confer to resolve or narrow their disputes concerning the issues raised in the Motion (ECF No. 43, at 2:5-9);

3.     WHEREAS, the Parties have agreed on the terms of a resolution of the issues raised in the Motion, and wish to continue the hearing date, opposition date, and reply date set for the Motion to allow the Parties to prepare and submit a proposed stipulated judgment that would resolve the Motion and terminate this action, reserving all rights of appeal;

NOW, THEREFORE, THE PARTIES STIPULATE, AND REQUEST THE COURT TO ORDER, AS FOLLOWS:

1.     The April 7, 2011 hearing date for the Motion (ECF Nos. 39-42) shall be continued to April 14, 2011, at 1:30 p.m.,

2.     The opposition and reply dates for the Motion shall be continued accordingly, to March 24, 2011 and March 31, 2011, respectively.

IT IS SO STIPULATED

DATED: March 17, 2011              SEDGWICK, DETERT, MORAN & ARNOLD LLP


                                   By:        */s/ Matthew C. Lovell*
                                        Bruce D. Celebrezze
                                        Matthew C. Lovell
                                        Attorneys for Defendant Travelers Property
                                        Casualty Company of America

DATED: March 17, 2011              GAUNTLETT & ASSOCIATES


                                   By:        */s/ Andrew M. Sussman*
                                        Andrew M. Sussman
                                        Attorneys for Plaintiff Michael Taylor Designs, Inc.

**ATTESTATION OF FILING**

Pursuant to General Order 45.X.B, I attest that I have obtained concurrence in the filing of this document from the parties listed above.

/s/ *Matthew C. Lovell*
Matthew C. Lovell

**IT IS SO ORDERED**:

_____
**RICHARD SEEBORG**
**UNITED STATES DISTRICT JUDGE**

DATED: \_3/18/11_____